# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GINO MAGARO,** | : | **CIVIL ACTION NO. 1:18-CV-558** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **AMERICAN SIGNATURE, INC.,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 29th day of May, 2018, upon consideration of defendant's motion (Doc. 10) to withdraw its motion (Doc. 9) to dismiss, and further upon consideration of the parties' joint stipulation (Doc. 11) to extend defendant's time to answer the complaint,[1] it is hereby ORDERED that:

1. Defendant's motion (Doc. 10) to withdraw is GRANTED. The motion (Doc. 9) to dismiss is deemed withdrawn.

2. The joint stipulation (Doc. 11) is APPROVED. Defendant shall respond to the complaint in accordance with the Federal Rules of Civil Procedure on or before **Thursday, May 31, 2018**.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] In the future, the court prefers that such requests be made by concurred motion or by stipulated proposed order containing a signature line for judicial approval.